LELAND H. LYON, Respondent, v. THEODATE POPE RIDDLE, Appellant.— Order denying motion to dismiss amended complaint, in so far as appealed from, affirmed,

with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.